1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                            SAN FRANCISCO DIVISION
11
12   DANIEL WOLF PHILLIPS,                    No.  C 09-5435 RS (PR)
13              Plaintiff,                     **ORDER OF DISMISSAL**
14       v.
15   A. HEDGPETH, et al.,
16              Defendants.
     _____/
17
18          This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C.
19   § 1983.  Plaintiff was ordered to file an amended complaint by May 22, 2010, or face
20   dismissal of the action.  Plaintiff has not yet filed such a document.  Accordingly, the
21   action is DISMISSED without prejudice.
22          The Clerk shall enter judgment in favor of defendant, and close the file.
23          **IT IS SO ORDERED**.
24   DATED: June 10, 2010
                                             _____
25                                             RICHARD SEEBORG
                                               United States District Judge
26
27
28